IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| TAMARA MCWILLIAMS; HENRY, SHAMBRY, JR.; D. GRANT WALTER and STEVEN ARMONY, individually and on behalf of other persons similarly situated,<br><br>        Plaintiffs,<br><br>v.<br><br>PORTLAND PUBLIC SCHOOL DISTRICT NO. 1J; MULTNOMAH COUNTY, OREGON; PORTLAND BOARD OF EDUCATION; MARC ABRAMS; LOLENZO POE; SUE HAGMEIER; DERRY A. JACKSON, SR.; DEBBIE GOLDBERG MENASHE; JULIA BRIM-EDWARDS; KARLA WENZEL; and JAMES SCHERZINGER,<br><br>        Defendants. | 02-CV-1426-JE<br><br>ORDER |

**MARC E. GRIFFIN**
Griffin & McCandlish
215 S.W. Washington Street, Suite 202
Portland, OR  97204
(503) 224-2348

1 - ORDER

**WILLIAM D. BRANDT**
1820 Commercial Street, S.W.
Salem, OR  97302
(503) 485-4168

      Attorneys for Plaintiffs

**JEFFREY D. AUSTIN**
**J. MICHAEL PORTER**
Miller Nash LLP
111 S.W. Fifth Avenue, Suite 3400
Portland, OR  97204

      Attorneys for Defendants


**BROWN, Judge.**

    Magistrate Judge John Jelderks issued Findings and Recommendation (#81) on January 23, 2007, in which he recommended the Court grant Defendants' Motion for Summary Judgment (#56). Plaintiffs filed timely objections to the Findings and Recommendation.  The matter is now before this Court pursuant to 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b).

    When any party objects to any portion of the Magistrate Judge's Findings and Recommendation, the district court must make a *de novo* determination of that portion of the Magistrate Judge's report.  28 U.S.C. § 636(b)(1).  *See also United States v. Bernhardt*, 840 F.2d 1441, 1444 (9th Cir. 1988); *McDonnell Douglas Corp. v. Commodore Business Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981), *cert. denied*, 455 U.S. 920 (1982).

    This Court has carefully considered Plaintiff's Objections,

including Plaintiffs' contentions that the individual Defendants' actions in dismissing Plaintiffs without notice or pre-termination hearings is not legislative in nature.  The Court concludes Plaintiffs' Objections do not provide a basis to modify the Findings and Recommendation.

This Court also has reviewed the pertinent portions of the record *de novo* and does not find any error in the Magistrate Judge's Findings and Recommendation.  The Magistrate Judge properly found these acts were legislative in nature, and, therefore, the individual Defendants are entitled to absolute immunity.

## CONCLUSION

The Court **ADOPTS** Magistrate Judge Jelderks's Findings and Recommendation (#81) and, accordingly, **GRANTS** Defendants' Motion for Summary Judgment (#56).

IT IS SO ORDERED.

DATED this 10th day of April, 2007.

/s/ Anna J. Brown

ANNA J. BROWN
United States District Judge

3 - ORDER