IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| TAMARA MCWILLIAMS; HENRY SHAMBRY, JR.; D. GRANT WALTER; and STEVEN ARMONY; individually and on behalf of other persons similarly situated,<br><br>          Plaintiff(s),<br><br>v.<br><br>PORTLAND PUBLIC SCHOOL DISTRICT NO. 1J; MULTNOMAH COUNTY, OREGON; PORTLAND BOARD OF EDUCATION; MARC ABRAMS; LOLENZO POE; SUE HAGMEIER; DERRY A. JACKSON, SR.; DEBBIE GOLDBERG MENASHE; JULIA BRIM-EDWARDS; KARLA WENZEL; and JAMES SCHERZINGER,<br><br>          Defendant(s). | Case No. 02-1426-JE<br><br>CLASS ACTION<br><br>[~~PROPOSED~~] ORDER REGARDING CLASS COUNSEL'S UNOPPOSED MOTION FOR AN AWARD OF ATTORNEY FEES, REIMBURSEMENT OF EXPENSES, AND INCENTIVE AWARDS TO PLAINTIFFS |

IT IS HEREBY ORDERED:

1. The Court awards Class Counsel attorneys' fees in the amount of $3,440,367, which amount shall be paid in a lump sum from the Settlement Fund to Griffin & McCandlish for distribution to participating attorneys.

2. The Court approves payment of costs and expenses to Griffin & McCandlish in the amount of $33,159.30, which costs and expenses shall be paid from the Settlement Fund.

Page 1 -   [~~PROPOSED~~] ORDER REGARDING CLASS COUNSEL'S UNOPPOSED MOTION FOR AN AWARD OF ATTORNEY FEES, REIMBURSEMENT OF EXPENSES, AND INCENTIVE AWARDS TO PLAINTIFFS

3. The Court approves payment of costs and expenses to Stoll Stoll Berne Lokting and Shlachter, PC, in the amount of $23,074.91, which costs and expenses shall be paid from the Settlement Fund.

4. The Court approves payment of costs and expenses to the Law Offices of William D. Brandt, PC, in the amount of $803.71, which costs and expenses shall be paid from the Settlement Fund.

5. The Court approves payment of costs and expenses to James E. Leuenberger, PC, in the amount of $20,000, which costs and expenses shall be paid from the Settlement Fund.

6. The Court approves Class Counsel's request for permission to reserve in the Settlement Fund an additional $20,000 for anticipated future costs of administering the Settlement, which funds shall be distributed as provided by future order of this Court.

7. The Court approves the payment of an incentive award to Plaintiff Tamara McWilliams in the amount of $7,400, which award shall be paid from the Settlement Fund.

8. The Court approves the payment of an incentive award to Plaintiff Steven Armony in the amount of $7,400, which award shall be paid from the Settlement Fund.

9. The Court approves the payment of an incentive award to Plaintiff D. Grant Walter in the amount of $7,400, which award shall be paid from the Settlement Fund.

10. The Court approves the payment of an incentive award to Plaintiff Henry Shambry, Jr. in the amount of $7,400, which award shall be paid from the Settlement Fund.

Page 2 -   [PROPOSED] ORDER REGARDING CLASS COUNSEL'S UNOPPOSED MOTION FOR AN AWARD OF ATTORNEY FEES, REIMBURSEMENT OF EXPENSES, AND INCENTIVE AWARDS TO PLAINTIFFS

11. All noted payments shall be distributed in accordance with the Stipulation and Settlement Agreement of Claims and as provided by this ORDER.

_____
John Jelderks
U.S. Magistrate Judge

Submitted by:

STOLL STOLL BERNE LOKTING & SHLACHTER P.C.

By:    s/ Jennifer A. Wagner
**N. Robert Stoll**, OSB No. 69165
**Jennifer A. Wagner**, OSB No. 02447
209 SW Oak Street, 5th Floor
Portland, Oregon 97204
Telephone: (503) 227-1600
Fax: (503) 227-6840

Attorneys for Plaintiffs

Page 3 - [PROPOSED] ORDER REGARDING CLASS COUNSEL'S UNOPPOSED MOTION FOR AN AWARD OF ATTORNEY FEES, REIMBURSEMENT OF EXPENSES, AND INCENTIVE AWARDS TO PLAINTIFFS